IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTIAN DEWITT,

    Plaintiff,

v.                                                                                                                               No. 1:23-cv-00027-KWR-JFR

BOARD OF COMMISSIONERS OF
BERNALILLO COUNTY, *et al.*,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court following Plaintiff Christian Dewitt's failure to prosecute his *pro se* Prisoner Civil Rights Complaint. (Doc. 1) (the "Complaint"). On February 15, 2023, the Court entered an Order Granting *In Forma Pauperis* Application, requiring Dewitt to submit an initial partial payment of $9.88 within thirty (30) days. (Doc. 5). Dewitt did not comply with, or otherwise respond to, the Court's Order. The deadline within which he was required to do so has now passed. (Doc. 12 at 2). The Court will therefore dismiss the Complaint under Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

**IT IS THEREFORE ORDERED** that the Complaint **(Doc. 1)** is **DISMISSED WITHOUT PREJUDICE.** The Court will enter a separate judgment closing this civil case.

**IT IS SO ORDERED.**

                                                        **KEA W. RIGGS**
                                                        **UNITED STATES DISTRICT JUDGE**