# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CHRISTIAN DEWITT,

    Plaintiff,

v.                                                             No. 1:23-cv-00027-KWR-JFR

BOARD OF COMMISSIONERS OF
BERNALILLO COUNTY, *et al.*,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 6**) filed **April 4, 2023**, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims raised in the Complaint (Doc. 1) are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**